FILED
2012 Feb-07  PM 03:41
U.S. DISTRICT COURT
N.D. OF ALABAMA

```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF ALABAMA
                   SOUTHERN DIVISION
```

DEBRA MCCLAIN,                    }
                                  }
    Plaintiff,                    }
                                  }        CIVIL ACTION NO.
v.                                }        10-AR-0394-S
                                  }
TALENT TREE STAFFING, et al.,     }
                                  }
    Defendants.                   }

**MEMORANDUM OPINION**

Plaintiff not having filed a timely objection to the report and recommendation made by the magistrate judge in the above-entitled cause on January 20, 2012, and the court having read and understood the report and recommendation and agreeing with it, the report and recommendation is hereby ADOPTED as the opinion of this court.

DONE this 7th day of February, 2012.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE